CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile: (212) 225-3999

Attorneys for Defendant-Appellant Goldman, Sachs & Co.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------- X | | |
| In re: | : | |
| | | |
| ENRON CREDITORS RECOVERY CORP., et al., | : | Chapter 11 |
| | | |
| Reorganized Debtors. | : | Case No. 01-16034 (AJG) |
| | : | (Jointly Administered) |
| ------------------------------------------------------------- X | | |
| ENRON CORP., | : | |
| Plaintiff, | | |
| | : | |
| v. | | Adv. No. 03-92677 (AJG) |
| | : | |
| J.P. MORGAN SECURITIES, INC., et al., | | |
| | : | |
| Defendants. | | |
| ------------------------------------------------------------- X | | |
| ENRON CORP., | : | |
| Plaintiff, | | |
| | : | |
| v. | | Adv. No. 03-92682 (AJG) |
| | : | |
| MASS MUTUAL LIFE INSURANCE CO., et al., | | |
| | : | |
| Defendants. | | |
| | : | |
| ------------------------------------------------------------- X | | |

**MOTION OF GOLDMAN, SACHS & CO. TO WITHDRAW**
**THE REFERENCE OF THE ABOVE-CAPTIONED**
**<u>ADVERSARY PROCEEDINGS TO THE BANKRUPTCY COURT</u>**

TO THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK:

Goldman, Sachs & Co. ("Goldman Sachs"), as a named defendant in the above-captioned Adversary Proceedings, respectfully moves the United States District Court for the Southern District of New York for entry of an order, pursuant to 28 U.S.C. §157(d), Federal Rules of Bankruptcy Procedure 5011, and Rule 5011-1 of the Local Rules of Bankruptcy Procedure for the United States Bankruptcy Court for the Southern District of New York, withdrawing the reference of the above-captioned Adversary Proceedings to the Bankruptcy Court for the reasons set forth in the accompanying memorandum of law with supporting declaration, which are hereby incorporated within by reference.

Goldman Sachs has made no prior request to this Court or to any other court for the relief requested by this Motion.

WHEREFORE, Goldman Sachs respectfully requests that the Court enter an order granting the relief requested herein, and such other and further relief as the Court deems just and appropriate.

Dated: New York, New York
       November 21, 2007

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Max Gitter
Thomas J. Moloney
Lindsee P. Granfield
One Liberty Plaza
New York, New York 10006
(212) 225-2000

Attorneys for Defendant-Appellant Goldman, Sachs & Co.