CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Attorneys for Movant-Defendant Goldman, Sachs & Co.

07-10530 (SAS)

#4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------ X
In re:                                                             :
                                                                   :
ENRON CREDITORS RECOVERY CORP., et al.,                            :    Chapter 11
                                                                   :
                            Reorganized Debtors.                   :    Case No. 01-16034 (AJG)
                                                                   :
                                                                   :    (Jointly Administered)
                                                                   :
------------------------------------------------------------------ X
ENRON CORP.,                                                       :
                            Plaintiff,                             :
                                                                   :
            v.                                                     :
                                                                   :    Adv. No. 03-92677 (AJG)
J.P. MORGAN SECURITIES, INC., et al.,                              :
                                                                   :
                            Defendants.                            :
------------------------------------------------------------------ X
ENRON CORP.,                                                       :
                            Plaintiff,                             :
                                                                   :
            v.                                                     :
                                                                   :    Adv. No. 03-92682 (AJG)
MASS MUTUAL LIFE INSURANCE CO., et al.,                            :
                                                                   :
                            Defendants.                            :
------------------------------------------------------------------ X

**DISCLOSURE STATEMENT**

In compliance with Rule 7.1 of the Federal Rules of Civil Procedure, Goldman, Sachs & Co., through its undersigned attorneys, states that it is not a corporation and is a New York limited partnership. The Goldman Sachs Group, Inc. owns more than 10% of the general and limited partnership interests in Goldman, Sachs & Co.

Dated: November 21, 2007
New York, New York

        CLEARY GOTTLIEB STEEN & HAMILTON LLP

        By _____
        Max Gitter
        Thomas J. Moloney
        Lindsee P. Granfield
        One Liberty Plaza
        New York, New York 10006
        (212) 225-2000
        (212) 225-2999 (fax)

        Attorneys for Goldman, Sachs & Co.