**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------- X

ENRON CORP.,

            **Plaintiff,**

    - against -

GOLDMAN SACHS & CO.,

            **Defendant.**

--------------------------------------------- X

--------------------------------------------- X

ENRON CREDITORS RECOVERY
CORP.,

            **Plaintiff,**

    - against -

GOLDMAN SACHS & CO.,

            **Defendant.**

--------------------------------------------- X



USDC SDNY
DOCUMENT

11/30/07

**ORDER**

**07 Civ. 10527 (SAS)**

**ORDER**

**07 Civ. 10530 (SAS)**

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

        The parties are hereby ordered to submit promptly to this Court a

proposed briefing schedule with regard to defendant's motions to withdraw the

bankruptcy reference.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:      New York, New York
            November 30, 2007

## - Appearances -

**For Plaintiff Enron:**

Colleen M. Mallon, Esq.
Michael Schatzow, Esq.
Venable LLP
1800 Mercantile Bank & Trust Bldg.
Two Hopkins Plaza
Baltimore, Maryland 21201
(410) 244-7400

**For Plaintiff Enron Creditors Recovery Corp.:**

Frank A. Oswald, Esq.
Togut, Segal & Segal LLP
One Penn Plaza
New York, New York 10119
(212) 594-5000

**For Defendant:**

Thomas J. Moloney, Esq.
Cleary Gottlieb Steen & Hamilton, LLP
1 Liberty Plaza
New York, New York 10006
(212) 225-2000