UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
ENRON CORP.,
                Plaintiff,

  -against-

GOLDMAN, SACHS & CO.

                Defendant .
------------------------------------------------------------------ X
ENRON CREDITORS RECOVERY CORP.,
                Plaintiff,

  -against-

GOLDMAN, SACHS & CO.

                Defendants.
------------------------------------------------------------------ X

ORDER

07 CIV. 10527 (SAS)

ORDER

07 CIV. 10530 (SAS)



**SHIRA A. SCHEINDLIN, U.S.D.J.:**

    Upon the consent of all parties, the briefing schedule with regard to defendant's motion to withdraw the bankruptcy reference shall be as follows:

    December 17, 2007: last day for Enron Corp. and Enron Creditors Recovery Corp. to submit any opposing affidavits and memoranda of law.

    January 4, 2008: last day for Goldman, Sachs & Co. to submit any reply affidavits and reply memoranda of law.

SO ORDERED:

Shira A. Scheindlin,
U.S.D.J.

Dated: New York, New York
       December 5, 2007